IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA M. HILL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 13-1604 |
| | ) | Judge Fischer |
| JAMES BARNACLE, et al. | ) | Magistrate Judge Mitchell |
| Defendants. | ) | |

O R D E R

AND NOW, this 28th day of October, 2015, after the plaintiff, Donna M. Hill, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the Objections (ECF No. 43) and Amended Objections (ECF No. 44) filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 40), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion to dismiss (ECF No. 34) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/Nora Barry Fischer
United States District Judge

cc: Donna M. Hill
　　348 Country Club Road
　　Apt. 2
　　Washington, PA 15301-2712
　　(regular and certified mail)