# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA M. HILL, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-1604 |
| v. | ) |
| JAMES BARNACLE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff Donna M. Hill filed this pro se civil rights action against Defendants James Barnacle, Steven Glunt, David Close, Kenneth R. Hollibaugh, Captain Brumbaugh, and Heather Moore on November 7, 2013, (Docket No. 1), and the case was assigned to United States Magistrate Judge Robert C. Mitchell in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rule of Civil Procedure 72.G. On May 24, 2017, Magistrate Judge Mitchell issued a report and recommendation, (Docket No. [103]), wherein he recommended that Defendants' pending Motion for Summary, (Docket No. [68]), be granted. Service was made by ECF, and a copy of the report and recommendation and notice of electronic filing was sent to Plaintiff at her address of record on May 24, 2017. Objections to the report and recommendation for ECF users were due by June 7, 2017, and objections to the report and recommendation for unregistered ECF users were due by June 12, 2017. No objections were filed. After de novo

review of the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 14th day of June, 2017,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgement, (Docket No. [68]), is granted, and that judgment is entered in favor of Defendants James Barnacle, Steven Glunt, David Close, Kenneth R. Hollibaugh, Captain Brumbaugh, and Heather Moore, and against Plaintiff on all claims in this case. The Clerk of Court shall mark this matter as closed.

The report and recommendation of Magistrate Judge Mitchell, (Docket No. [103]), is adopted as the opinion of the Court.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: Robert C. Mitchell
U.S. Magistrate Judge

All counsel of record

Donna M. Hill
1110 Steuben St.
Apt. 213
Pittsburgh, PA 15220